```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID ULRICH,

                Plaintiff,

    -against-

JOHN O'KEEFE,

               Defendant.

23-cv-686 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of two letters from defense counsel that were filed on the docket [ECF Nos. 42, 43] and two letters from plaintiff's counsel that were sent to Chambers via email. The letters concern the status of this case. Plaintiff's counsel also asks that defense counsel refrain from mentioning personal matters in publicly filed letters. The Court admonishes counsel to work cooperatively and show each other professional courtesy.

    IT IS HEREBY ORDERED that deadline to complete discovery is extended to December 5, 2024. If, even with this extension of time to complete discovery, the personal circumstances of counsel impede the resolution of this case, the parties may file a redacted joint letter on the docket (and email an unredacted version to Chambers) by November 18, 2024.

    IT IS FURTHER ORERED that the bench trial is ADJOURNED to January 28, 2025. The Final Pretrial Conference shall take place on January 23, 2025. All pretrial submissions required by the Court's Individual Rules are due January 7, 2025.

**SO ORDERED.**

Date: September 24, 2024
      New York, NY

                                                    **MARY KAY VYSKOCIL**
                                                    **United States District Judge**