UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID ULRICH,

                Plaintiff,

     -against-

JOHN O'KEEFE,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2024
```

23-cv-686 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

     IT IS HEREBY ORDERED that, by October 1, 2024, plaintiff's counsel shall file on the docket redacted versions of the two letters she submitted to the Court via email.

**SO ORDERED.**

Date: **September 27, 2024**
      New York, NY

                                      **MARY KAY VYSKOCIL**
                                      **United States District Judge**