```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| DAVID ULRICH,<br><br>                    Plaintiff,<br><br>     -against-<br><br>JOHN O'KEEFE,<br><br>                    Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 11/12/2024 <br><br>23-cv-686 (MKV)<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the parties shall file a joint status letter by November 14, 2024. The conference that was previously scheduled for that date is ADJOURNED *sine die*.

**SO ORDERED.**

**Date:  November 12, 2024**
**New York, NY**

                                                    **MARY KAY VYSKOCIL**
                                                    **United States District Judge**