UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
+-------------------------------------------+
| USDC SDNY                                 |
| DOCUMENT                                  |
| ELECTRONICALLY FILED                      |
| DOC #:_____                   |
| DATE FILED:__11/20/2024__                 |
+-------------------------------------------+
```

DAVID ULRICH,

                              Plaintiff,

                -against-

JOHN O'KEEFE,

                              Defendant.

23-cv-686 (MKV)

<u>ORDER</u>

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for a status conference at 11:00

a.m. on November 25, 2024.  The conference will be held in Courtroom 18C of 500 Pearl Street,

New York, NY 10007.

**SO ORDERED.**

**Date:  November 20, 2024**
**       New York, NY**                    **MARY KAY VYSKOCIL**
                                           **United States District Judge**

1