# MEDINA LAW FIRM

www.medinafirm.com

641 Lexington Avenue
Thirteenth Floor
New York, NY 10022
Telephone: (212)-404-1742
Facsimile: (888)-833-9534

1200 N. Federal Highway
Second Floor
Boca Raton, FL 33432
Telephone: (954)-859-2000
Facsimile: (888)-833-9534

Writer's Email:
emedina@medinafirm.com

Eric S. Medina, Esq.º

ºMember NY, NJ & FL Bar

November 20, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/21/2024

**VIA CM/ECF**
Honorable Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY  10007

Granted. The status conference on November 25, 2024 at 11:00 a.m. will be held by telephone only. The parties shall dial (646) 453-4442 and use access code 432 019 967#.

Re:    *David Ulrich vs. John O'Keefe*
       Case No. 23-cv-00686
       November 20, 2024 Order [Doc. No. 50]
       <u>Request for Telephonic Appearance</u>

Date: <u>Nov. 21, 2024</u>
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge

Dear Judge Vyskocil:

I am in receipt of an Order entered by Your Honor moments ago requiring an in-person conference on Monday November 25, 2024 at 11:00 a.m.  In prior correspondence between counsel for Plaintiff and Defendant I have indicated to Plaintiff that I will not be physically in New York until after the conclusion of the Thanksgiving holidays.  Accordingly, I respectfully request that the Court permit the undersigned to appear telephonically or via some other remote means for the Court's November 25, 2024 hearing or in the alternative request for the same to be conducted on or after December 2, 2024 (in the afternoon) or December 3, 2024.

The undersigned is scheduled to commence a jury trial on December 5, 2024 in NY Supreme Court. I note that Plaintiff's counsel consents to my telephonic appearance on November 25, 2024 (but I have not been able to discuss the alternate dates for in person as of this writing).  I further note that Plaintiff's counsel confirmed moments ago that Plaintiff will consent to conduct the deposition of David Ulrich via remote means on November 22, 2024.

Thank you in advance for Your Honor's consideration.

Respectfully submitted,

*/s/ Eric Medina*

_____
Eric Medina, Esq.

cc:   Pearl Zuchlewski, Esq. (*via* cm/ecf)