```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:_____
DATE FILED: 3/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID ULRICH,

                Plaintiff,

    -against-

JOHN O'KEEFE,

                Defendant.

23-cv-686 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the bench trial in this case will take place on May 28 and May 29, 2025. The parties shall appear for a Final Pretrial Conference on May 9, 2025 at 11:00 a.m. in Courtroom 18C of 500 Pearl Street, New York, NY 10007. IT IS FURTHER ORDERED that the parties shall submit all pre-trial submissions required by the Court's Individual Rules of Practice for a bench trial by April 21, 2025.

**SO ORDERED.**

Date: March 20, 2025
New York, NY

                                      _____
                                      **MARY KAY VYSKOCIL**
                                      **United States District Judge**

1