UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DAVID ULRICH

                      Plaintiff,                      **ORDER**
                                                                      23-CV-686 (MKV) (JW)

        -against-

JOHN O'KEEFE

                      Defendant.
-----------------------------------------------------------------

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       A pre-settlement conference was held on April 11, 2025. At the conclusion of the conference, the Court found that a settlement conference would not be productive. The settlement conference currently scheduled for April 29, 2025 is *adjourned sine die.*

       SO ORDERED.

DATED:   New York, New York
              April 11, 2025

                                                           JENNIFER E. WILLIS
                                                           United States Magistrate Judge