UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID ULRICH,

                Plaintiff,

-against-

JOHN O'KEEFE,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/2025

23-cv-686 (MKV)

ORDER GRANTING RECONSIDERATION OF SANCTIONS ON DEFENSE COUNSEL

MARY KAY VYSKOCIL, United States District Judge:

      In an Order dated May 13, 2025, the Court imposed sanctions on defense counsel in this case in the amount of $500 [ECF No. 71 ("Sanctions Order")]. On May 23, 2025, defense counsel paid $500 to the Cashier's Office in compliance with the Sanctions Order. Thereafter, defense counsel moved for reconsideration of the Sanctions Order [ECF Nos. 73, 74], and counsel for the plaintiff filed a memorandum of law in support of defense counsel's motion for reconsideration [ECF No. 75]. Upon the Court's careful review of the motion papers and the entire record in this case, for reasons stated in the papers and on the record at the trial today, IT IS HEREBY ORDERED that defense counsel's motion for reconsideration is GRANTED.

      **The parties remain on notice that failure to comply with court orders and applicable rules may result in sanctions.**

      The Clerk of Court respectfully is requested to terminate the motion at docket entry 73 and to return the payment of $500 to defense counsel.

**SO ORDERED.**

Date: July 22, 2025
New York, NY

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**

1