## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

DAVID ULRICH,

                  Plaintiff,                  23 **CIVIL** 0686 (MKV)

    -against-                    **JUDGMENT**

JOHN O'KEEFE,

                  Defendant.

-----------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Findings of Fact and Conclusions dated August 12, 2025, Judgment is entered in favor of O'Keefe on the claim by Ulrich for breach of fiduciary duty, and Judgment is also entered in favor of Ulrich on the counterclaim by O'Keefe for breach of contract. Accordingly, this case is closed.

**Dated:**  New York, New York

      August 13, 2025

                                                  **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                                **BY:**

                                                          **Deputy Clerk**